**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2265**

TERRENCE WILLIAMS,

Plaintiff - Appellant,

v.

MONTGOMERY COUNTY PUBLIC SCHOOLS,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:23-cv-02110-TDC)

Submitted:  March 12, 2024                     Decided:  March 14, 2024

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrence D. Williams, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence D. Williams, Sr., appeals the district court's order dismissing his employment discrimination complaint without prejudice for failing to comply with the court's order to pay the filing fee or file a renewed motion to proceed in form pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Williams v. Montgomery Cnty. Pub. Schs.*, No. 8:23-cv-02110-TDC (D. Md. Nov. 16, 2023). We also deny Williams' motion to seal documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*